*O'Malley, Harris, Durkin & Perry, P.C.*
*By: Michael P. Perry*
*I.D. No.: 36512*
*345 Wyoming Avenue*                    *Attorneys for Plaintiff*
*Scranton, PA 18503*                    *Aloysius T. Hughes*
*Phone: (570) 348-3711*
*Fax: (570) 348-4092*
*E-Mail: mperry@omalleyandharris.com*

| | |
|---|---|
| **Aloysius T. Hughes** | * **UNITED STATES DISTRICT COURT** |
| **1003 Greenbrier Drive** | * **FOR THE MIDDLE DISTRICT** |
| **Clarks Summit, PA 18411** | * **OF PENNSYLVANIA** |
| **Plaintiff** | * |
| | * **CIVIL ACTION - LAW** |
| **vs.** | * |
| | * |
| **CITICARDS** | * |
| **P.O. Box 183051** | * |
| **Columbus, OH 43218** | * |
| | * **ELECTRONICALLY FILED** |
| **PHILLIPS & COHEN ASSOCIATES, LTD** | * |
| **1002 Justison Street** | * |
| **Wilmington, DE 19801** | * **NO. 10-1859-WJN** |
| **Defendants** | * **Judge William Nealon** |

## NOTICE

**YOU HAVE BEEN SUED IN COURT.** *If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff.  You may lose money or property or other rights important to you.*
        ***YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.***

| | |
|---|---|
| **Lackawanna County Bar Assoc.** | **Pa. Lawyer Referral Service** |
| **Lawyer Referral Service** | **Pa. Bar Association** |
| **338 N. Washington Ave., 3rd Fl.** | **P.O. Box 186** |
| **Scranton, PA 18503** | **Harrisburg, PA 17108** |
| **Phone: (570) 969-9600** | **Pa. Residents (800) 692-7375** |
| | **Out of State Residents:** |
| | **(717) 238-6715** |

*O'Malley, Harris, Durkin & Perry, P.C.*
*By: Michael P. Perry*
*I.D. No.: 36512*
*345 Wyoming Avenue*
*Scranton, PA 18503*
*Phone: (570) 348-3711*
*Fax: (570) 348-4092*
*E-Mail: mperry@omalleyandharris.com*

*Attorneys for Plaintiff*
*Aloysius T. Hughes*

| | |
|---|---|
| **Aloysius T. Hughes** | * **UNITED STATES DISTRICT COURT** |
| **1003 Greenbrier Drive** | * **FOR THE MIDDLE DISTRICT** |
| **Clarks Summit, PA 18411** | * **OF PENNSYLVANIA** |
| **Plaintiff** | * |
| | * **CIVIL ACTION - LAW** |
| **vs.** | * |
| | * |
| **CITICARDS** | * |
| **P.O. Box 183051** | * |
| **Columbus, OH 43218** | * |
| | * **ELECTRONICALLY FILED** |
| **PHILLIPS & COHEN ASSOCIATES, LTD** | * |
| **1002 Justison Street** | * |
| **Wilmington, DE 19801** | * |
| | * **NO. 10-1859-WJN** |
| **Defendants** | * **Judge William Nealon** |

## AMENDED COMPLAINT

AND NOW, the Plaintiff, Aloysius T. Hughes, by and through his attorneys,

O'Malley, Harris, Durkin, & Perry, P.C. complains against the Defendant as follows:

1. The Plaintiff, Aloysius T. Hughes, is a competent adult individual residing at

1003 Greenbrier Drive, Clarks Summit, Lackawanna County, Pennsylvania.

2. The Defendant, Citicards, is a corporation with a principal place of business in

Columbus, Ohio.

3. The Defendant, Phillips & Cohen Associates, LTD, is a financial recovery and

collections company with a corporate headquarters located at 1002 Justinson Street,

Wilmington, Delaware.

4.  In January, 1986, the Plaintiff's mother, Marion A. Hughes, opened a credit card account with CitiCards bearing the account number 5491 4920 1449 0548.

5.  Marion A. Hughes passed away in 2006 without assets.

6.  Since her death, the Plaintiff, Aloysius Hughes, has continued to receive statements regarding the aforementioned account.  (See Exhibit A attached to the Complaint)

7.  On multiple occasions it was brought to the attention of Citicards that Marion Hughes had passed away without assets, and that Aloysius Hughes was not a party responsible for payment of the balance of Marion Hughes' account with CitiCards.

8.  The aforementioned account was classified as delinquent and turned over to at least one (1) collection agency, Phillips and Cohen Associates, LTD.

9.  Defendant, Phillips and Cohen Associates, LTD., were notified that Marion Hughes had passed away, and Plaintiff, Aloysius Hughes requested that further statements cease from being sent to him.  (See Exhibit B attached to the Complaint)

10.  On January 5, 2010, Plaintiff requested and received his credit report.

11.  On the credit report of Plaintiff, Aloysius Hughes, was Marion Hughes' CitiCard account, listed as delinquent, and showing an outstanding balance of $18,226.00 with an Annual Percentage Rate of 32.24%.

## COUNT I: INTENTIONAL MISREPRESENTATION v. CITICARDS

12.  §602 of the Fair Credit Report Act states that the banking system is dependent upon fair and accurate credit reporting.  Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the

*banking system...it is the purpose of this title to require that consumer reporting*

*agencies adopt reasonable procedures for meeting the needs of commerce for*

*consumer credit, personnel, insurance, and other information in a manner which is fair*

*and equitable to the consumer, with regard to confidentiality, accuracy, relevancy, and*

*proper utilization of such information in accordance with the requirements of this title.*

13.   *§632 (a) (1) (A)of the Fair Credit Reporting Act states that a person shall*

*not furnish any information relating to a consumer to any consumer reporting agency if*

*the person knows or has reasonable cause to believe that the information is inaccurate.*

14.   *Additionally, §632 (a) (1) (B)of the Fair Credit Reporting Act states that a*

*person shall not furnish information relating to a consumer to any consumer reporting*

*agency if: (i) the person has been notified by the consumer, at the address specified by*

*the person for such notices, that specific information is inaccurate and (ii) the*

*information is, in fact, inaccurate..*

15. *Intentional misrepresentation, or fraud, contains three elements: (1) a*

*representation; (2) which is material to the transaction at hand; (3) made falsely, with*

*knowledge of its falsity or recklessness as to whether it is true or false; (4) with the*

*intent of misleading another into relying on it; (5) justifiable reliance on the*

*misrepresentation; and (6) the resulting injury was proximately caused by the reliance.*

<u>*Gibbs v. Ernst*</u>*, 538 Pa. 193, 207; 647 A.2d 882 (1994).*

16. *Defendants were both notified by Plaintiff, Aloysius Hughes, that the account*

*in question belonged to his late mother, yet Defendant, Citicards continued to send*

*Plaintiff bills for the account, and telephone him repeatedly about a past-due account.*

*By continuing to send bills, and by reporting false information to a credit reporting*

agency, Defendant Citicards made a material representation that Plaintiff, Aloysius Hughes, was responsible for a delinquent account.  This representation was false, as Mr. Hughes was not the owner of this account, and the true owner, his late mother, passed away without an estate.  Citicards made this representation after having reason to know that it was false, with the intent of misleading the recipient of that information into trying to collect a debt from a party who did not owe that debt.  The recipient was misled and justifiably relied on such information to decrease the Plaintiff's credit score, and cause him undue damages.  Plaintiff's damages were caused by the reliance on the false credit information and the reporting of that information to a credit reporting agency.

17.  Defendants Citicards turned the account over to Defendant, Phillips & Cohen Collection Agency, and supplied negative information to a credit reporting company willfully, egregiously, and intentionally, to cause negative consequences to Mr. Hughes.

18.  Those consequences included decline in credit rating, leading to damages for mental suffering, and financial struggle, due to the egregious conduct on behalf of the defendants..

19.  Further, § 616(a)  of the Fair Credit Reporting Act imposes civil liability for willful noncompliance, and says any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 or more than $1000; or in the case of liability of a natural person for obtaining a consumer report

under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure of $1000, whichever is greater; such amount of punitive damages as the court may allow; and in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

20.  Solely, as a result of the negligence and carelessness of the Defendants in reporting credit information which was known to be false, the Plaintiff, Aloysius Hughes has experienced a decline in his credit rating.

21.   As a result of the carelessness and negligent conduct of the Defendants and caused solely thereby, Plaintiff has been deprived of life's pleasures, has sustained an interruption in lifestyle and suffered embarrassment and humiliation, discomfort, inconvenience, and distress, which are continuing in nature.

22.   As a result of the carelessness and negligent conduct of the Defendants and caused solely thereby, the Plaintiff has incurred various and substantial damages his credit score, which has caused financial struggle.

### COUNT II: INTENTIONAL MISREPRESENTATION v.

### PHILLIPS AND COHEN ASSOCIATES, LTD.

23. §807 of the Fair Debt Collection Practices Act, entitled False or Misleading Representations, states that a debt collector may not use false, deceptive, or misleading representation or means in connection with the collection of any debt. Specifically, §807(8) states that "Communicating or threatening to communicate to any person credit information which is known or which should be known to be false" is a violation of the Fair Debt Collection Practices Act 16.

24. Intentional misrepresentation, or fraud, contains three elements: (1) a representation; (2) which is material to the transaction at hand; (3) made falsely, with knowledge of its falsity or recklessness as to whether it is true or false; (4) with the intent of misleading another into relying on it; (5) justifiable reliance on the misrepresentation; and (6) the resulting injury was proximately caused by the reliance. Gibbs v. Ernst, 538 Pa. 193, 207; 647 A.2d 882 (1994).

25. Defendant, Phillips and Cohen Associates was notified by Plaintiff, Aloysius Hughes, that the account in question belonged to his late mother, yet Defendant continued to contact him trying to collect on the account.. By continuing to attempt collection, and by reporting false information to a credit reporting agency, Defendant Phillips and Cohen Associates, LTD., made a material representation that Plaintiff, Aloysius Hughes, was responsible for a delinquent account. This representation was false, as Mr. Hughes was not the owner of this account, and the true owner, his late mother, passed away without an estate. Phillips and Cohen Associates, LTD., made this representation after having reason to know that it was false, with the intent of misleading the recipient of that information into trying to collect a debt from a party who did not owe that debt. The recipient was misled and justifiably relied on such information to decrease the Plaintiff's credit score, and cause him undue damages. Plaintiff's damages were caused by the reliance on the false credit information and the reporting of that information to a credit reporting agency.

26. Defendants, Phillips & Cohen Associates, LTD, provided negative information to a credit reporting company willfully, egregiously, and intentionally, to cause negative consequences to Mr. Hughes.

27.  *Those consequences included decline in credit rating, leading to damages for mental suffering, and financial struggle, due to the egregious conduct on behalf of the defendants..*

28.  *As a result of the negligence and carelessness of the Defendants in reporting credit information which was known to be false, the Plaintiff, Aloysius Hughes has experienced a decline in his credit rating.*

29.  *§813 of the Fair Debt Collection Practices Act, entitled Civil Liability, provides that any debt collector who fails to comply with any provision of the Fair Debt Collection Practices Act is liable to such person.*

30.  *As a result of the carelessness and negligent conduct of the Defendants and caused solely thereby, Plaintiff has been deprived of life's pleasures, has sustained an interruption in lifestyle and suffered embarrassment and humiliation, discomfort, inconvenience, and distress, which are continuing in nature.*

31.  *As a result of the carelessness and negligent conduct of the Defendants and caused solely thereby, the Plaintiff has incurred various and substantial damages his credit score, which has caused financial struggle.*

### *COUNT III: HARRASSMENT*

32.  *After being informed that Marion Hughes had passed away with no estate, and that Aloysius Hughes was not responsible for the account in question, Defendants continued to harass Plaintiff, through repetitive telephone calls demanding payment on the account.*

33.  *Under Pennsylvania law, a person commits the crime of harassment when, with intent to harass, annoy, or alarm another, the person engages in a course of*

conduct or repeatedly commits acts which serve no legitimate purpose; or communicates repeatedly in another manner.

34.  After learning from the Plaintiff that Marion Hughes was deceased, and that Aloysius Hughes was not responsible for her account, defendants had no legitimate purpose in the continuous telephone calls that were made to Plaintiff in demand of payment, yet they did not cease.

### COUNT IV: PUNITIVE DAMAGES

35.  In continuing to report negative credit information after being made aware that it was false, the defendants have acted in an egregious and outrageous fashion due to their reckless indifference to the rights of others, specifically, Plaintiff, Aloysius Hughes, and therefore, punitive damages are appropriate.


WHEREFORE, the Plaintiff, Aloysius Hughes, demands judgement on the foregoing cause of action in excess of jurisdictional limits.

O'Malley, Harris, Durkin & Perry, P.C.
Attorneys for the Plaintiff,
Aloysius Hughes

By: /s/ Michael P. Perry
Michael P. Perry
I.D. No.: 36512

345 Wyoming Avenue
Scranton, PA 18503
(570)348-3711

# EXHIBIT A

JUN-30-2008 MON 05:06 PM PHILLIPS&COHEN ASSOC.     FAX NO. 302 368 0970          P. 02

08/28/06   $18708.40   $1484.61        SITE:KC-CL   TM:CO-5000   ACID:KCB3076
                                                    06/24/08        20:38:32:

                                       CITI CARDS
                                       PO BOX 183051
                                       COLUMBUS, OH
MARION A HUGHES                        43218-3051
1003 GREENBRIAR DR.
CLARKS SUMMIT           PA
18411-1607000

# Citi® Platinum Select® Card                                    citi®

Account Number
5491 4920 1449 0548

| Customer Service: | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 1-800-983-6453 | $25000 | $0 | $25000 | $0 | $18708.40 |
| PO Box 44167 | Amount Over | | | Purch/Adv | Minimum |
| Jacksonville, FL | Statement/ Closing Date | Credit Line | | Past Due + | Minimum Due | Amount Due |
| 32231-4167 | 08/02/2006 | $0.00 + | | $991.60 + | $493.01 = | $1484.61 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | Amount |
|---|---|---|---|---|---|
| | 8/02 | | Standard Purch LATE FEE - JUL PAYMENT PAST DUE | 70000000000 | 39.00 |
| | 8/02 | | 66      0000                    0 PURCHASES*FINANCE CHARGE*PERIODIC RATE | 70000000000 | 232.64 |
| | 8/02 | | 84      0000                    0 Balance Transfer - Charged To Offer 7 PURCHASES*FINANCE CHARGE*PERIODIC RATE | 70000000000 | 255.37 |
| | | | 84      0000                    0 | | |

Your late fee was based on your account balance as of the payment due date
(07/27/06), which was $18,181.39.

Your account is past due. Please pay the Minimum Amount Due shown. Remember,
regular monthly payments will help establish a good payment history with us.
If you have already sent us this payment, thank you.

Our records show home phone 570-346-3498 and business phone 570-586-8353.
Please update coupon if incorrect.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $18,181.39 | $39.00 | $0.00 | $488.01 | $18,708.40 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $18,181.39 | $39.00 | $0.00 | $488.01 | $18,708.40 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $8,779.29 | 0.08833%(D) | 32.240% | 32.240% |
| Offer 7 | $9,636.89 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

JUN-30-2008 MON 05:06 PM PHILLIPS&COHEN ASSOC.      FAX NO. 302 368 0970      P. 03

09/26/06   $18226.34   $968.55      SITE:KC-CL   TM:CO-5000   ACID:KCB3076
                                                 06/24/08            20:38:32;

CITI CARDS
PO BOX 1B3051
COLUMBUS, OH
43218-3051

MARION A HUGHES
1003 GREENBRIAR DR.
CLARKS SUMMIT          PA
18411-1607000

# Citi® Platinum Select® Card                            citi®

Account Number
5491 4920 1449 0548

| Customer Service: 1-800-9B3-6453 | | Total Credit Line $25000 | Available Credit Line $0 | Cash Advance Limit $25000 | Available Cash Limit $0 | New Balance $18226.34 |
|---|---|---|---|---|---|---|
| PO Box 44167 Jacksonville, FL 32231-4167 | | Statement/ Closing Date 09/01/2006 | Amount Over Credit Line $0.00 + | Past Due $484.61 + | Purch/Adv Minimum Due $483.94 = | Minimum Amount Due $968.55 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 8/07 | 81794100 | Payments, Credits & Adjustments PAYMENT THANK YOU 70  0000  0  0 | -1,000.00 70000000000 |
| | 9/01 | | Standard Purch LATE FEE - AUG PAYMENT PAST DUE 66  0000  0 | 39.00 70000000000 |
| | 9/01 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE 84  0000  0 | 228.65 70000000000 |
| | 9/01 | | Balance Transfer - Charged To Offer 7 PURCHASES*FINANCE CHARGE*PERIODIC RATE 84  0000  0 | 250.29 70000000000 |

Your late fee was based on your account balance as of the payment due date
(08/28/06), which was $17,708.40.

Your account is past due. Please pay the Minimum Amount Due shown. Remember,
regular monthly payments will help establish a good payment history with us.
If you have already sent us this payment, thank you.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $18,708.40 | $39.00 | $1,000.00 | $478.94 | $18,226.34 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $18,708.40 | $39.00 | $1,000.00 | $478.94 | $18,226.34 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $8,628.58 | 0.08833%(D) | 32.240% | 32.240% |
| Offer 7 | $9,445.12 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

08/27/07   $18226.34   $18226.34          SITE:KC-CL   TM:CO-5000   ACID:KCB3076
                                                        06/24/08              20:38:32:

                                          CITI CARDS
                                          PO BOX 183051
MARION A HUGHES                           COLUMBUS, OH
ATTNY ACCOUNT-CODE=MP66                    43218-3051
CLARKS SUMMIT           PA
18411-1607000

# Citi® Platinum Select® Card

                                                                    citi

Account Number
5491 4920 1449 0548

| Customer Service: | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 1-800-983-6453 | $25000 | $0 | $25000 | $0 | $18226.34 |
| PO Box 44167 | | Amount Over Credit Line | | Purch/Adv Minimum Due | Minimum Amount Due |
| Jacksonville, FL 32231-4167 | Statement/ Closing Date 08/02/2007 | $0.00 | Past Due $4808.55 | $384.00 | $18226.34 |

Sale Date  Post Date   Reference Number         Activity Since Last Statement                                      Amount

Help is available! Please call the toll-free number shown above to learn about
our special payment options. Call Monday - Friday, 7 am to 9 pm, or Saturday,
8 am to 5 pm, Central Time. Please give us the opportunity to assist you.

Our records show home phone 570-346-3498 and business phone 570-586-8353.
Please update coupon if incorrect.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $18,226.34 | $0.00 | $0.00 | $0.00 | $18,226.34 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $18,226.34 | $0.00 | $0.00 | $0.00 | $18,226.34 |

Days This Billing Period: 31

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $0.00 | 0.08833%(D) | 32.240% | 32.240% |
| Offer 7 | $0.00 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

09/26/07  $18226.34  $18226.34       SITE:KC-CL  TM:CO-5000  ACID:KCB3076
                                                 06/24/08           20:38:32:

CITI CARDS
PO BOX 183051
COLUMBUS, OH
43218-3051

MARION A HUGHES
ATTNY ACCOUNT-CODE=MP66
CLARKS SUMMIT                    PA
18411-1607000

# Citi® Platinum Select® Card                        citi

Account Number
5491 4920 1449 0548

| Customer Service: | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 1-800-983-6453 | $25000 | $0 | $25000 | $0 | $18226.34 |
| PO Box 44167 | Amount Over | Past Due | Purch/Adv | Minimum |
| Jacksonville, FL | Statement/ Closing Date | Credit Line | | Minimum Due | Amount Due |
| 32231-4167 | 09/03/2007 | $0.00 | $5192.55 | $384.00 | $18226.34 |

Sale Date  Post Date  Reference Number           Activity Since Last Statement                    Amount

Help is available! Please call the toll-free number shown above to learn about
our special payment options. Call Monday - Friday, 7 am to 9 pm, or Saturday,
8 am to 5 pm, Central Time. Please give us the opportunity to assist you.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $18,226.34 | $0.00 | $0.00 | $0.00 | $18,226.34 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $18,226.34 | $0.00 | $0.00 | $0.00 | $18,226.34 |

Days This Billing Period: 32

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $0.00 | 0.08833%(D) | 32.240% | 32.240% |
| Offer 7 | $0.00 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

# EXHIBIT B

LAW OFFICES
## O'Malley, Harris, Durkin & Perry, P.C.

JOHN Q. DURKIN
DANIEL MORGAN, C.P.C.U.
MICHAEL P. PERRY
RICHARD K. HODGES
GERALD J. HANCHULAK
MATTHEW P. BARRETT
BRUCE L. COYER
JOHN F. KENNEDY
JOSEPH T. HEALEY

345 WYOMING AVENUE
SCRANTON, PENNSYLVANIA 18503

(570) 348-3711
FAX (570) 348-4092
E-MAIL: info@omalleyandharris.com

*July 2, 2008*

*Phillips & Cohen Associates*
*Attn: Lynette Carroll*
*358 Chapman Road, Suite 205*
*Newark, DE 19702*

**RE:   MARION A HUGHES**
**CITY CARDS**
**A/C 5491 4920 1449 0548**

*Dear Ms. Carroll:*

*Statements regarding this account continue to be forwarded to my client Aloysius T. Hughes.  Marion A. Hughes was his mother, however, she passed away in 2006 without assets.  I have advised my client that he is not responsible to pay this account and I request at this time that you cease and desist from forwarding further statements to his address.  If you wish to discuss this matter, please contact me at your convenience.*

*Very truly yours,*

*O'Malley, Harris, Durkin & Perry, P.C.*

*/s/ Michael P. Perry*

Michael P. Perry

MPP:mes
cc:   Al T. Hughes

SCRANTON                                                                 STROUDSBURG

*O'Malley, Harris, Durkin & Perry, P.C.*
By: Michael P. Perry
I.D. No.: 36512
345 Wyoming Avenue
Scranton, PA 18503
Phone: (570) 348-3711
Fax: (570) 348-4092
E-Mail: mperry@omalleyandharris.com

*Attorneys for Plaintiff*
*Aloysius T. Hughes*

| | |
|---|---|
| **Aloysius T. Hughes** | * **UNITED STATES DISTRICT COURT** |
| **1003 Greenbrier Drive** | * **FOR THE MIDDLE DISTRICT** |
| **Clarks Summit, PA 18411** | * **OF PENNSYLVANIA** |
| **Plaintiff** | * |
| | * **CIVIL ACTION - LAW** |
| **vs.** | * |
| | * |
| **CITICARDS** | * |
| **P.O. Box 183051** | * |
| **Columbus, OH 43218** | * |
| | * **ELECTRONICALLY FILED** |
| **PHILLIPS & COHEN ASSOCIATES, LTD** | * |
| **1002 Justison Street** | * |
| **Wilmington, DE 19801** | * **NO. 10-1859-WJN** |
| **Defendants** | * **Judge William Nealon** |

## VERIFICATION

I, Michael P. Perry, attorney for the Plaintiff in the foregoing action, hereby verify that the statements contained in the foregoing Second Amended Complaint, are true and correct to the best of my knowledge, information, and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

By: /s/ Michael P. Perry
Michael P. Perry
I.D. No.: 36512

Date: 1-7-11